UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

 Law Office of
Ronald E Norman, LLC
901 Route 168, Suite 407A
Turnersville, NJ 08012
856-374-3100
rnorman@rnormanlaw.com

| | |
|---|---|
| In Re:<br><br>Zackary M Pugliese, Debtor | Case No.:        19-27449<br><br>Judge:          _____JNP_____<br><br>Chapter:                13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.        ☒  Motion for Relief from the Automatic Stay filed by The Money Source Inc, creditor,

A hearing has been scheduled for _3/17//2020___, at _10:00_a.m._ ___.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.        I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

    We made a payment of over $7,700 which brings it current to all but the current month.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: __3/9/2020__                      _/s/ Zackary M Pugliese___
                                          Debtor=s Signature

Date: _____                 _____ _____
                                           Debtor=s Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*