Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                     Case No.:  19–27449–JNP
                     Chapter:  13
                     Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zackary M. Pugliese
   aka ZACKARY PUGLIESE
   3 Sunset Dr
   Clementon, NJ 08021–5839

Social Security No.:
   xxx–xx–3260

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               August 2, 2022
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*56* – Certification in Opposition to (related document:55 Creditor's Certification of Default (related document:47 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of The Money Source Inc.. Objection deadline is 07/13/2022. (Attachments: # 1 Certification # 2 Exhibit Order Resolving Motion to Vacate Automatic Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor The Money Source Inc.) filed by Ronald E. Norman on behalf of Zackary M. Pugliese. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: July 11, 2022
JAN: lgr

                                                                                                  Jeanne Naughton
                                                                                                  Clerk