| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |

| | |
|---|---|
| In re:<br><br>Zackary M. Pugliese<br>*aka* Zackary Pugliese<br><br>                              Debtor. | Chapter 13<br><br>Case No. 19-27449-JNP<br><br>Hearing Date: August 2, 2022<br><br>Judge Jerrold N. Poslusny, Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, <u>Gavin N. Stewart, Esq.</u>,

    x      am the attorney for: **The Money Source Inc.**

    ☐     am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Certification of Default**

    Current hearing date and time: **August 2, 2022 at 11:00AM**

    New date requested: **August 30, 2022 at 11:00AM**

    Reason for adjournment request: **To allow the Debtor time to look in to a potential modification of the mortgage**.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned ___ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   X **I have the consent of all parties.**

   ☐ **I do not have the consent of all parties** (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:    June 29, 2022             /s/Gavin N. Stewart
                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 8/30/2022 at 11am    ☒ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*