| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |

| | |
|---|---|
| In re:<br><br>Zackary M. Pugliese<br>*aka* Zackary Pugliese<br><br>                              Debtor. | Chapter 13<br><br>Case No. 19-27449-JNP<br><br>Judge Jerrold N. Poslusny, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Certification of Default** (Doc. No. 50).

Dated: August 29, 2022

                                           Stewart Legal Group, P.L.
                                           Attorney for The Money Source Inc.

                   By:      */s/Gavin N. Stewart*
                            Gavin N. Stewart, Esq.