| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Allied First Bank, SB dba Servbank* | |
| In re:<br><br>Zackary M. Pugliese<br>*aka* Zackary Pugliese<br><br>　　　　　　　　　　　　　Debtor. | Chapter 13<br><br>Case No. 19-27449-JNP<br><br>Hearing Date: September 12, 2023<br><br>Judge Jerrold N. Poslusny, Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Gavin N. Stewart, Esq.

    x　　am the attorney for: **Allied First Bank, SB dba Servbank**
    ☐　　am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Creditor's Certification of Default (Doc. No. 68)**

    Current hearing date and time: **September 12, 2023 at 11:00AM**

    New date requested: **September 26, 2023 at 11:00AM**

    Reason for adjournment request: **To allow time to possibly resolve the COD.**

3. I request an adjournment of confirmation:

    Current confirmation date and time: ＿

    New date requested: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

    Reason for adjournment request: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Confirmation has been adjourned ___ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   X **I have the consent of all parties.**

   ☐ **I do not have the consent of all parties** (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:    September 8, 2023              */s/Gavin N. Stewart*
                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date:  9/26/2023 at 11am     ☒ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*