| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Allied First Bank, SB dba Servbank* | Chapter 13 |
| In re:<br><br>Zackary M. Pugliese<br>*aka* Zackary Pugliese<br><br>                              Debtor. | Case No. 19-27449-JNP<br><br>Hearing Date: September 26, 2023<br><br>Judge Jerrold N. Poslusny, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 68).

Dated: September 25, 2023

>Stewart Legal Group, P.L.
>Attorney for Allied First Bank, SB dba Servbank
>
>By:    */s/Gavin N. Stewart*
>Gavin N. Stewart, Esq.