| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Andrew B. Finberg, Esquire (AF 1574)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | |
| In Re:<br><br>**ZACKARY M. PUGLIESE**<br>Debtor(s)'. | Case No.   19-27449 JNP<br><br>Judge:   Jerrold N. Poslusny, Jr.<br><br>**STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtors hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $37,164.16 total receipts applied to plan plus $0 for zero (0) months starting June 1, 2024 for a total of sixty (60) months.

   **IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on June 17, 2020 remain in effect.

_____     /s/ Andrew B. Finberg
Ronald E. Norman, Esquire                                  Andrew B. Finberg,
Attorney for Debtor                                              Chapter 13 Standing Trustee

Dated                                                                      Dated   6/7/2024