**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Zackary M. Pugliese | Social Security number or ITIN   xxx–xx–3260 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–27449–JNP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Zackary M. Pugliese
aka ZACKARY PUGLIESE

8/21/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

**Chapter 13 Discharge**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27449-JNP |
| Zackary M. Pugliese | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 21, 2024 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Zackary M. Pugliese, 3 Sunset Dr, Clementon, NJ 08021-5839 |
| cr | + | Allied First Bank, SB dba Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | THE MONEY SOURCE INC., PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518565139 | +++ | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518651188 | + | Camden County MUA, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 518465610 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVE, SUITE 400, SEATTLE, WA 98121-3132 |
| 518620957 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518455556 | | Samantha Sannazzaro, Tenaglia & Hunt, PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 518455557 | | Samantha Sannazzaro, Esq., Tenaglia & Hunt, PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 518455558 | | Sprint co ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 518494299 | + | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518504157 | + | The Money Source Inc., Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: POCInquiries@BonialPC.com | Aug 21 2024 20:41:00 | Bonial & Associates, PO Box 9013, Addison, TX 75001-9013 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518555840 | + | EDI: ATTWIREBK.COM | Aug 22 2024 00:37:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519887942 | + | Email/Text: BK@servicingdivision.com | Aug 21 2024 20:42:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519887941 | + | Email/Text: BK@servicingdivision.com | Aug 21 2024 20:42:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518455543 | | EDI: CAPITALONE.COM | Aug 22 2024 00:37:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518455539 | | EDI: CAPITALONE.COM | Aug 22 2024 00:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518455540 | | EDI: CAPITALONE.COM | Aug 22 2024 00:37:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518455541 | | EDI: CAPONEAUTO.COM | | |

District/off: 0312-1

User: admin

Page 2 of 4

Date Rcvd: Aug 21, 2024

Form ID: 3180W

Total Noticed: 48

| | | | | |
|---|---|---|---|---|
| | | | Aug 22 2024 00:37:00 | Capital One Auto Finan, PO Box 259407, Plano, TX 75025-9407 |
| 518455542 | | EDI: CAPONEAUTO.COM | | |
| | | | Aug 22 2024 00:37:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518463211 | + | EDI: AISACG.COM | | |
| | | | Aug 22 2024 00:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518504588 | + | EDI: AISACG.COM | | |
| | | | Aug 22 2024 00:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518475975 | + | EDI: AIS.COM | | |
| | | | Aug 22 2024 00:37:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518455544 | | EDI: Q3GTBI | | |
| | | | Aug 22 2024 00:37:00 | Capital One National Associat, c/o The Bureau, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 518455546 | | EDI: DISCOVER | | |
| | | | Aug 22 2024 00:37:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 518465382 | | EDI: DISCOVER | | |
| | | | Aug 22 2024 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518455545 | | EDI: DISCOVER | | |
| | | | Aug 22 2024 00:37:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518455547 | | Email/Text: bknotice@ercbpo.com | | |
| | | | Aug 21 2024 20:42:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 518455552 | | Email/Text: administrative@foundationfinance.com | | |
| | | | Aug 21 2024 20:42:00 | Foundation Finance Company, Attn: Bankruptcy, PO Box 437, Schofield, WI 54476-0437 |
| 518455548 | | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 22 2024 00:37:00 | Fingerhut Advantage, c/o Jefferson Capital System, PO Box 1999, Saint Cloud, MN 56302-1999 |
| 518455549 | | EDI: AMINFOFP.COM | | |
| | | | Aug 22 2024 00:37:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518455550 | + | EDI: AMINFOFP.COM | | |
| | | | Aug 22 2024 00:37:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 518455551 | | Email/Text: administrative@foundationfinance.com | | |
| | | | Aug 21 2024 20:42:00 | Foundation F, 7802 Meadow Rock Dr, Weston, WI 54476-5262 |
| 518455553 | | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 22 2024 00:37:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518546583 | | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 22 2024 00:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518480585 | | EDI: AGFINANCE.COM | | |
| | | | Aug 22 2024 00:37:00 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518455554 | | EDI: AGFINANCE.COM | | |
| | | | Aug 22 2024 00:37:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518455555 | | EDI: AGFINANCE.COM | | |
| | | | Aug 22 2024 00:37:00 | Onemain Financial, Attn: Bankruptcy, 601 NW 2nd St # 300, Evansville, IN 47708-1013 |
| 518525158 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 22 2024 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 520165323 | + | Email/Text: BK@servicingdivision.com | | |
| | | | Aug 21 2024 20:42:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165324 | + | Email/Text: BK@servicingdivision.com | | |
| | | | Aug 21 2024 20:42:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518455559 | | EDI: Q3GTBI | | |
| | | | Aug 22 2024 00:37:00 | The Bureaus Inc, 650 Dundee Rd, Northbrook, IL 60062-2747 |

District/off: 0312-1                          User: admin                                              Page 3 of 4

Date Rcvd: Aug 21, 2024                       Form ID: 3180W                                       Total Noticed: 48

| | | | | |
|---|---|---|---|---|
| 518455560 | + Email/Text: BK@servicingdivision.com | | Aug 21 2024 20:42:00 | The Money Source Inc, 500 S Broad St, Suite 100A, Meriden, CT 06450-6755 |
| 518567171 | + Email/Text: BK@servicingdivision.com | | Aug 21 2024 20:42:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518560966 | + EDI: AIS.COM | | Aug 22 2024 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518615933 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518455561 | * | The Money Source Inc., 500 S Broad St Ste 100A, Meriden, CT 06450-6755 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank  SB dba Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Ronald E. Norman | on behalf of Debtor Zackary M. Pugliese rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                          User: admin                                     Page 4 of 4
Date Rcvd: Aug 21, 2024                       Form ID: 3180W                            Total Noticed: 48
TOTAL: 9