Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 19−27449−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zackary M. Pugliese
   aka ZACKARY PUGLIESE
   3 Sunset Dr
   Clementon, NJ 08021−5839

Social Security No.:
   xxx−xx−3260

Employer's Tax I.D. No.:

# FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 20, 2024</u>
                                      <u>Jerrold N. Poslusny Jr.</u>
                                      Judge, United States Bankruptcy Court